## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

LATAM LOGISTIC INVESTMENTS, LLC; and
MICHAEL P. FANGMAN,

        *Plaintiffs*,

    v.

LOGISTIC PROPERTIES OF THE AMERICAS;
LATAM LOGISTICS PROPERTIES, S.A.;
THOMAS J. MCDONALD; ESTEBAN
SALDARRIAGA; PAUL SMITH; and ANNETTE
FERNANDEZ,

        *Defendants*.

Case No. 1:24-CV-21160

### NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiffs Latam Logistics Investments, LLC ("LLI") and Michael Patrick Fangman, Jr.,

enter the following parties into CM/ECF:

Logistic Properties of the Americas
c/o Thomas McDonald
601 Brickell Key Drive
Suite 700
Miami, FL 33131

LatAm Logistics Properties, S.A.
Plaza Tempo, Building B
Office B1, Floor 2
San Rafael de Escazú
San José, Costa Rica

Thomas J. McDonald
2627 South Bayshore Drive, Apt. 1204
Miami, FL 33133-5441

Esteban Saldarriaga
1300 South Miami Ave., Unit 3305
Miami, FL 33130-4487

Paul Smith
35 Alhambra St.
Ponte Vedra Beach, FL 32082-2801

Annette Fernandez
1610 Qual Ridge Dr.
Katy, TX 77493

Dated:  March 12, 2025

Respectfully submitted,

/s/ *Jake Banks*
James L. Banks IV (S.D. Fla. Bar No. 1035232)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375
Telephone:  (601) 960-8600
Email:  jake.banks@formanwatkins.com

*Counsel for Plaintiffs LLI & Michael Fangman*

OF COUNSEL:

Edwin S. Gault (*pro hac vice* forthcoming)
C. Mitch McGuffey (*pro hac vice* forthcoming)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375
Telephone:  (601) 960-8600
Email:  win.gault@formanwatkins.com
Email:  mitch.mcguffey@formanwatkins.com

W. Lawrence Deas (*pro hac vice* forthcoming)
LISTON & DES, PLLC
605 Crescent Boulevard, Suite 200
Ridgeland, MS 39157
Telephone:  (601) 981-1636
Email:  Lawrence@listondeas.com

3

## **<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that a copy of the foregoing pleading was filed electronically with the

Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by

electronic means on the 12th day of March, 2025.


*/s/ Jake Banks*
James L. Banks IV