AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LATAM LOGISTIC INVESTMENTS, LLC; and MICHAEL P. FANGMAN<br><br>*Plaintiff(s)*<br>v.<br>LOGISTIC PROPERTIES OF THE AMERICAS; LATAM LOGISTICS PROPERTIES, S.A.; THOMAS J. MCDONALD; ESTEBAN SALDARRIAGA; PAUL SMITH; and ANNETTE FERNANDEZ,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   25-CV-21160 BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas J. McDonald
2627 South Bayshore Drive, Apt. 1204
Miami, FL 33133-5441

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James (Jake) L. Banks, IV
Forman Watkins & Krutz LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 12, 2025

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LATAM LOGISTIC INVESTMENTS, LLC; and MICHAEL P. FANGMAN | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No.   25-CV-21160 BECERRA |
| LOGISTIC PROPERTIES OF THE AMERICAS; LATAM LOGISTICS PROPERTIES, S.A.; THOMAS J. MCDONALD; ESTEBAN SALDARRIAGA; PAUL SMITH; and ANNETTE FERNANDEZ, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Paul Smith
35 Alhambra St.
Ponte Vedra Beach, FL 32082-2801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James (Jake) L. Banks, IV
Forman Watkins & Krutz LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 12, 2025

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| LATAM LOGISTIC INVESTMENTS, LLC; and<br>MICHAEL P. FANGMAN<br><br>*Plaintiff(s)*<br>v.<br>LOGISTIC PROPERTIES OF THE AMERICAS;<br>LATAM LOGISTICS PROPERTIES, S.A.;<br>THOMAS J. MCDONALD; ESTEBAN<br>SALDARRIAGA; PAUL SMITH; and ANNETTE<br>FERNANDEZ,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.    25-CV-21160 BECERRA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Logistic Properties of the Americas
c/o Thomas McDonald
601 Brickell Key Drive
Suite 700
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James (Jake) L. Banks, IV
Forman Watkins & Krutz LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Mar 12, 2025

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LATAM LOGISTIC INVESTMENTS, LLC; and <br> MICHAEL P. FANGMAN <br> *Plaintiff(s)* <br><br> v. <br><br> LOGISTIC PROPERTIES OF THE AMERICAS; <br> LATAM LOGISTICS PROPERTIES, S.A.; <br> THOMAS J. MCDONALD; ESTEBAN <br> SALDARRIAGA; PAUL SMITH; and ANNETTE <br> FERNANDEZ, <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   25-CV-21160 BECERRA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
LatAm Logistics Properties, S.A.
Plaza Tempo, Building B
Office B1, Floor 2
San Rafael de Escazú
San José, Costa Rica

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James (Jake) L. Banks, IV
Forman Watkins & Krutz LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 12, 2025

s/ *Patricia Curtis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| LATAM LOGISTIC INVESTMENTS, LLC; and MICHAEL P. FANGMAN | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No.   25-CV-21160 BECERRA |
| LOGISTIC PROPERTIES OF THE AMERICAS; LATAM LOGISTICS PROPERTIES, S.A.; THOMAS J. MCDONALD; ESTEBAN SALDARRIAGA; PAUL SMITH; and ANNETTE FERNANDEZ, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Esteban Saldarriaga
1300 South Miami Ave., Unit 3305
Miami, FL 33130-4487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James (Jake) L. Banks, IV
Forman Watkins & Krutz LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 12, 2025

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LATAM LOGISTIC INVESTMENTS, LLC; and<br>MICHAEL P. FANGMAN<br><br>*Plaintiff(s)*<br>v.<br>LOGISTIC PROPERTIES OF THE AMERICAS;<br>LATAM LOGISTICS PROPERTIES, S.A.;<br>THOMAS J. MCDONALD; ESTEBAN<br>SALDARRIAGA; PAUL SMITH; and ANNETTE<br>FERNANDEZ,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.   25-CV-21160 BECERRA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Annette Fernandez
1610 Qual Ridge Dr.
Katy, TX 77493

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James (Jake) L. Banks, IV
Forman Watkins & Krutz LLP
210 E. Capitol St., Suite 2200
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 12, 2025

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court