**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LATAM LOGISTICS INVESTMENTS, LLC and
MICHAEL P. FANGMAN,                                    **Case No. 1:25-cv-21160-JB**

                            Plaintiffs,

            v.

LOGISTIC PROPERTIES OF THE AMERICAS,
LATAM LOGISTICS PROPERTIES, S.A.,
THOMAS J. MCDONALD, ESTEBAN
SALDARRIAGA, PAUL SMITH and ANNETTE
FERNANDEZ,

                            Defendants.

_____/

**NOTICE OF APPEARANCE**

        Paul Aiello, of Bennett Aiello Kreines, hereby gives notice of his appearance for the

Defendants, and hereby requests that all pleadings, motions, notices, orders, court papers, and other

documents directed to any Defendant be served upon him as well.

                            Respectfully submitted,


                            **BENNETT AIELLO KREINES**

                            *Counsel for Defendants*
                            BENNETT AIELLO KREINES
                            3471 Main Highway, Suite 206
                            Coconut Grove, Florida 33133-5929
                            Phone: (305) 358-9011
                            Facsimile: (305) 358-9012
                            *By: s/ Paul Aiello*_____
                            Paul Aiello, FBN 909033
                            paiello@bakattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this document was filed and served through

CM/ECF on May 9, 2025 to all counsel of record.

By:___*s/Paul Aiello*_____