**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

LATAM LOGISTIC INVESTMENTS, LLC; and
MICHAEL P. FANGMAN,

          *Plaintiffs*,

    v.

LOGISTIC PROPERTIES OF THE AMERICAS;
THOMAS J. MCDONALD; ESTEBAN
SALDARRIAGA; PAUL SMITH; and ANNETTE
FERNANDEZ,

          *Defendants*.

**Case No. 1:25-cv-21160-JB**

**PLAINTIFFS' RESPONSE AND REQUEST TO DENY AS MOOT
DEFENDANTS' MOTION TO DISMISS INITIAL COMPLAINT**

Plaintiffs Latam Logistics Investments, LLC and Michael P. Fangman, Jr. respectfully submit this Response to Defendants' Motion to Dismiss for *Forum Non Conveniens* and Failure to State a Claim [Dkt. 26], which was filed in response to Plaintiffs' Initial Complaint [Dkt. 1]. Plaintiffs have now filed their First Amended Complaint [Dkt. 31]. In the Eleventh Circuit, the filing of "[a]n amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint." *Ofer v. 1560-1568 Drexel Ave., LLC*, 2024 WL 4449941, at *2 (S.D. Fla. Oct. 9, 2024) (quoting *S. Pilot Ins. Co. v. CECS, Inc.*, 15 F. Supp. 3d 1284, 1287 n.1 (N.D. Ga.), *order clarified*, 15 F. Supp. 3d 1329 (N.D. Ga. 2013)); *see also Verma v. Walden Univ., LLC*, 666 F. Supp. 3d 1214, 1215 (M.D. Fla. 2023) ("The Amended Complaint rendered moot the motion to dismiss directed to the Complaint.") (citing Eleventh Circuit case law). Accordingly, Plaintiffs request that Defendants' Motion to Dismiss be denied as moot.

Date: May 23, 2025

Respectfully submitted,

/s/ *Jake Banks*
James L. Banks IV (S.D. Fla. Bar No. 1035232)
Edwin S. Gault (admitted *pro hac vice*)
C. Mitch McGuffey (admitted *pro hac vice*)
FORMAN WATKINS & KRUTZ LLP
210 East Capitol Street, Suite 2200
Jackson, MS 39201-2375
Telephone:  (601) 960-8600
Email:  jake.banks@formanwatkins.com
Email:  win.gault@formanwatkins.com
Email:  mitch.mcguffey@formanwatkins.com

W. Lawrence Deas (admitted *pro hac vice*)
LISTON & DEAS, PLLC
605 Cresent Boulevard, Suite 200
Ridgeland, MS 39157
Telephone:  (601) 981-1636
Email:  lawrence@listondeas.com

*Counsel for Plaintiffs LLI & Michael Fangman*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on the 23rd day of May, 2025.

*/s/ Jake Banks*
James L. Banks IV